UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CONNIE IRENE HALLS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-20-CV-00055-FM |
| **EMPIRE TODAY,** | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation to Compel Arbitration and to Stay All Further Proceedings" [ECF No. 4], filed March 12, 2020 by Connie Irene Halls and Empire Today (collectively, "the Parties"). Therein, the Parties state they agree that "Plaintiff's claims in this lawsuit are subject to a valid and enforceable arbitration agreement that mutually binds both Plaintiff and Empire and that cover the claims asserted by Plaintiff in this lawsuit."[1]

As arbitration is agreed upon, the court must determine whether the matter should be stayed or dismissed. Section 3 of the FAA "provides that when claims are properly referable to arbitration, that upon application of one of the parties, the court shall stay the trial of the action until the arbitration is complete."[2] However, this rule does not limit dismissal of a case in the proper circumstances.[3] A case may be dismissed when all the issues raised in the district court must be submitted to arbitration.[4] In this case, the Parties agreed to arbitrate all claims asserted

---

[1] "Joint Stipulation to Compel Arbitration and to Stay All Further Proceedings" ("Stip.") 1, ECF No. 4, filed Mar. 12, 2020.

[2] 9 U.S.C. § 3; *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992).

[3] *Alford*, 975 F.2d at 1164.

[4] *Id.*

1

in the above-captioned cause.[5]  Therefore, no other claim remains to be decided by the court and dismissal is warranted.

Accordingly, the court enters the following orders:

1.  It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

2.  It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3.  It is **FURTHER ORDERED** that the Clerk of the Court is instructed to **CLOSE** the above-captioned cause.

**SIGNED AND ENTERED** this ___12___ day of **March, 2020.**

*(signature)*

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[5] Stip. 1.

2